IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR BELOV, | No. C 05-02968 CRB |
|     Petitioner, | **ORDER RELATING CASE** |
| v. | |
| ALBERTO GONZALES et al., | |
|     Respondent. / | |

It has just been brought to the Court's attention that in July 2005 petitioner Igor Belov file a motion to relate this action to a criminal case that was tried before this Court, <u>United States v. Belov</u>, CR 99-0210 CRB. As no opposition has been filed to the motion to relate the case, and as good cause exists for relating the two actions, petitioner's request is GRANTED. This action is reassigned to the undersigned judge.

**IT IS SO ORDERED.**

Dated: March 3, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2968\orderrelatingcase.wpd