1
2
3
4
5
6
7
8
9
10

**United States District Court**

For the Northern District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IGOR BELOV,

            Petitioner,

   v.

ALBERTO GONZALES et al.,

            Respondent.
_____/

No. C 05-02968 CRB

**ORDER TO SHOW CAUSE**

Igor Belov, represented by counsel, filed this habeas corpus petition in July 2005. Since that time he has taken no action with respect to his petition. Accordingly, petitioner is ORDERED TO SHOW CAUSE why this action should not be dismissed for a failure to prosecute. In particular, petitioner shall file a written statement with the Court on or before March 17, 2006. Petitioner is warned that his failure to comply with this Order may lead to dismissal of his action with prejudice.

     **IT IS SO ORDERED.**

Dated: March 3, 2006

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2968\ordertoshowcause.wpd

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28