ROCKY C. TSAI (State Bar No. 221452)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

Attorneys for Petitioner
Igor Vladimirovich Belov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IGOR BELOV,<br><br>    Petitioner,<br><br>v.<br><br>ALBERTO GONZALES et al.,<br><br>    Respondents. | E-FILING CASE<br><br>CASE NO. C 05-02968 CRB<br><br>**PETITIONER'S RESPONSE TO ORDER TO SHOW CAUSE; NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>**Fed.R.Civ.P. 41(a)(1)(i)** |

1

2   In response to the Court's March 3, 2006, Order to Show Cause, Petitioner Igor
3   Vladimirovich Belov ("Petitioner") states that he has been granted supervised release from
4   Department of Homeland Security custody and therefore respectfully submits this notice of
5   dismissal of his petition for writ of habeas corpus, without prejudice, pursuant to Federal Rule of
6   Civil Procedure 41(a)(1)(i).

7

8   Dated: March 3, 2006

    ORRICK, HERRINGTON & SUTCLIFFE LLP

10  March 7, 2006

    _____
    Rocky C. Tsai
    Attorneys for Petitioner
    IGOR VLADIMIROVICH BELOV



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE BY U.S. MAIL

I, Linda Pascu, declare as follows:

I am a citizen of the United States, more than eighteen years old and not a party to this action. My place of employment and business address is The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

On March 3, 2006, I served the following documents:

**PETITIONER IGOR BELOV'S RESPONSE TO ORDER TO SHOW CAUSE; NOTICE OF DISMISSAL WITHOUT PREJUDICE [Fed.R.Civ.P. 41(a)(1)(i)**

by causing to be delivered true and correct copies thereof in a sealed envelope addressed as follows:

> Office of Immigration Litigation
> Civil Division
> U.S. Department of Justice
> P.O. Box 878, Ben Franklin Station
> Washington, D.C. 20044

I am employed in the county from which the mailing occurred. On the date indicated above, I caused the sealed envelope described above to be placed for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

Executed on March 3, 2006, in San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ Linda Pascu*

Linda Pascu

DOCSSF1:829696.1

PROOF OF SERVICE